UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                          93 cr 181 (PKC)

      -against-

                                                                                      ORDER

EL SAYYID NOSAIR,

                             Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant El Sayyid Nosair moves "to alter or amend the judgment of September 29, 2020, pursuant to Rule 59(e), Fed., R. Civ. P.," and separately moves the Court to make additional findings relating to this Court's Order of September 29, 2020. The September 29, 2020 Order denied a motion to make additional findings and/or alter its Order of October 29, 2019 denying the appointment of counsel to explore the possibility of relief by reason of United States v. Davis, et al., 588 U.S. ___ (June 24, 2019). Davis does not afford possible relief to this defendant. See El-Sayyid Nosair v United States of America, 16-2203 (2d Cir., Mandate filed March 8, 2021).

        Upon due consideration of all other arguments raised in the two motions (Doc 1193 and 1194), they are DENIED and the Clerk shall terminate motions.

        This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and in forma pauperis status is denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

                                                                  Mailed to Mr. Nosair on 4/15/2021

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 15, 2021