UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      93 cr 181 (PKC)

    -against-

                                                     ORDER

EL SAYYID NOSAIR,

                      Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond to defendant El Sayyid Nosair's Motion (Doc 1205) and Addendum Motion (Doc 1206) by November 5, 2021.

        SO ORDERED.

                                                    P. Kevin Castel
                                          United States District Judge

Dated: October 7, 2021
       New York, New York